UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DIAMOND KANIEL SLACK,

    Plaintiff,

v.                                              Case No. 3:23cv13070-TKW-HTC

HALFORD, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On August 28, 2023, the Court ordered Plaintiff to, within 21 days, file a notice of voluntary dismissal or an amended complaint consistent with the Court's directives. Doc. 11. The August 28 Order warned Plaintiff that his failure to comply with it could result in a recommendation that this case be dismissed. After Plaintiff failed to comply with the August 28 Order within the allotted time, the Court ordered him on September 26, 2023, to show cause within 14 days why this case should not be dismissed due to his failure to comply with the August 28 Order. Doc. 12. Based on Plaintiff's failure to file a timely response to the September 26 Order or comply with the August 28 Order, the undersigned issued a report on October 17, 2023, recommending that this case be dismissed without prejudice. Doc. 13.

Two days later, the Court received Plaintiff's "motion to show cause," which indicated prison officials did not deliver his legal mail in a timely manner and sought

additional time to file an amended complaint. Doc. 14. Based on the representations in Plaintiff's motion, the Court vacated the October 17 Report and Recommendation and gave Plaintiff until November 9 to submit an amended complaint or notice of voluntary dismissal. Doc. 15.

Nevertheless, to date Plaintiff has not submitted an amended complaint or notice of voluntary dismissal. Because Plaintiff has failed to comply with Court orders despite being given multiple opportunities to do so, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 20th day of November, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1.